FILED
APR 2 1 2011

Bradley J. Woodworth, OSB #85370
E-Mail Address: brad@woodworthlaw.com
Bradley J. Woodworth & Associates, PC
1020 SW Taylor Street, Suite 360
Portland, OR 97205
Tel: (503) 226-4644
Fax: (503) 222-2078
        Of Attorneys for Defendants and
        Counterclaim Plaintiffs – Lead Counsel

Michael Dell Long, OSB #92377
Email Address: mlong@longlawpc.com
Long Law, P.C.
1841 NW 23rd Avenue, Suite B
Portland, OR 97210
Tel: (503) 459-4023
Fax: (503) NO FAX
        Of Attorneys for Defendants and
        Counterclaim Plaintiffs – Co-Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIVERSITY PUBLICATIONS, INC., an Oregon corporation, | Case No. CV 10-269 AC |
| Plaintiff, | **ORDER OF DISMISSAL OF COUNTERCLAIM DEFENDANT WILLIAM G. SMITH** |
| v. | |
| EDWARD SCOTT MONTES, GAY PORTLAND, INC., an Oregon Corporation, SHAUNDELLE TAYLOR (AKA SHAUNDELLE NEWSOME JR.), MARLA WARWICK, GLORY LAWRENCE, STEPHANIE NORMAN, DREW AGUILERA, LARRY FOLTZ, BRIDGETTE WRIGHT, and DOES 1 through 5, | |
| **Defendants** | |
| GAY PORTLAND, INC., an Oregon corporation, and EDWARD SCOTT MONTES dba SAINT NOLAN'S PUBLISHING, | |
| **Counterclaim Plaintiffs,** | |

ORDER OF DISMISSAL OF COUNTERCLAIM
DEFENDANT WILLIAM G. SMITH  - Page 1 of 2

BRADLEY J. WOODWORTH &
ASSOCIATES, PC
Attorneys at Law
1020 S.W. Taylor, Suite 360
Portland, OR 97205
503.226.4644

v.

DIVERSITY PUBLICATIONS, INC., an Oregon
corporation, RED LION INTERACTIVE, INC., a
SUSPENDED California corporation, TOM
LAVOIE, WILLIAM G. SMITH, fdba SCORPIO
DESIGN, MARIA PERRY-CRAWSHAW,
ANDREA COOPER, FAITH WATKINS, and
JOHN DOES 1-5,

                    Counterclaim Defendants

Based upon the Stipulated Motion for Dismissal of Counterclaim Defendant William G.

Smith by Counterclaim Plaintiffs Gay Portland, Inc. and Edward Scott Montes, and

Counterclaim Defendant William G. Smith, IT IS HEREBY:

        ORDERED, ADJUDGED AND DECREED that Counterclaim Plaintiffs' Counterclaims

against Counterclaim Defendant William G. Smith, only, are dismissed with prejudice and

without costs, attorney fees, or award to any party.

IT IS SO ORDERED THIS 20th DAY OF April, 2011.

                            _____
                            The Honorable John V. Acosta
                            U.S. ~~District Court~~ Magistrate Judge

BRADLEY J. WOODWORTH &
ASSOCIATES, PC
Attorneys at Law
1020 S.W. Taylor, Suite 360
Portland, OR 97205
503.226.4644