FILED

APR 2 8 2011

Bradley J. Woodworth, OSB #85370
E-Mail Address: brad@woodworthlaw.com
Bradley J. Woodworth & Associates, PC
1020 SW Taylor Street, Suite 360
Portland, OR 97205
Tel: (503) 226-4644
Fax: (503) 222-2078
    Of Attorneys for Defendants and
    Counterclaim Plaintiffs -- Lead Counsel

Michael Dell Long, OSB #92377
Email Address: mlong@longlawpc.com
Long Law, P.C.
1841 NW 23rd Avenue, Suite B
Portland, OR 97210
Tel: (503) 459-4023
Fax: (503) 208-7187
    Of Attorneys for Defendants and
    Counterclaim Plaintiffs – Co-Counsel

Beth A. Allen, OSB, #965475
Email Address: beth@bethallenlaw.com
Megan E. Gluth, OSB #101913
Email Address: megang@bethallenlaw.com
Beth Allen Law, P.C.
811 SW Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 241-3103
Fax: (503) 224-1123
    Of Attorneys for Counterclaim Defendant
    Maria Perry-Crawshaw

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DIVERSITY PUBLICATIONS, INC.,** an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**EDWARD SCOTT MONTES, GAY PORTLAND, INC.,** an Oregon Corporation, **SHAUNDELLE TAYLOR (AKA SHAUNDELLE NEWSOME JR.), MARLA WARWICK, GLORY LAWRENCE, STEPHANIE NORMAN,** | Case No. CV 10-269 AC<br><br>**ORDER OF DISMISSAL OF COUNTERCLAIM DEFENDANT MARIA PERRY-CRAWSHAW** |

BRADLEY J. WOODWORTH &
ASSOCIATES, PC
Attorneys at Law
1020 S.W. Taylor, Suite 360
Portland, OR 97205
503.226.4644

DREW AGUILERA, LARRY FOLTZ,
BRIDGETTE WRIGHT, and DOES 1
through 5,

                **Defendants**

---

GAY PORTLAND, INC., an Oregon corporation,
and EDWARD SCOTT MONTES dba SAINT
NOLAN'S PUBLISHING,

             **Counterclaim Plaintiffs,**

v.

DIVERSITY PUBLICATIONS, INC., an Oregon
corporation, RED LION INTERACTIVE, INC., a
SUSPENDED California corporation, TOM
LAVOIE, WILLIAM G. SMITH, fdba SCORPIO
DESIGN, MARIA PERRY-CRAWSHAW,
ANDREA COOPER, FAITH WATKINS, and
JOHN DOES 1-5,

             **Counterclaim Defendants**

Based upon the Stipulated Motion for Dismissal of Counterclaim Defendant Maria Perry-Crawshaw by Counterclaim Plaintiffs Gay Portland, Inc. and Edward Scott Montes, and Counterclaim Defendant Maria Perry-Crawshaw, IT IS HEREBY:

ORDERED, ADJUDGED AND DECREED that Counterclaim Plaintiffs' Counterclaims against Counterclaim Defendant Maria Perry-Crawshaw, only, are dismissed with prejudice and without costs, attorney fees, or award to any party.

IT IS SO ORDERED THIS _28th_ DAY OF _April_, 2011.

_____
The Honorable John V. Acosta
U.S. District Court Magistrate Judge

BRADLEY J. WOODWORTH &
ASSOCIATES, PC
Attorneys at Law
1020 S.W. Taylor, Suite 360
Portland, OR 97205
503.226.4644